JAMES V. SCHENCK, Survivor, etc., Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Submitted June 20, 1876; decided September 19, 1876.)

THIS case presented the same question as *Schenck* v. *The Mayor, etc.* (*ante*, p. 44), and was disposed of on the authority of that case. As to some of the accounts set forth in the complaint and allowed by the referee, however, the court held there was no evidence to sustain the finding of the referee.

*J. C. Carter* for the appellant.

*A. C. Ellis* for the respondent.

EARL, J., reads for reversal and new trial unless plaintiff stipulates to reduce recovery for damages to $3,104, in which event judgment as so modified affirmed.

All concur; ANDREWS, J., taking no part.

Judgment accordingly.